JS-6

Ronald D. Tym, Esq. (SBN 195339)
7120 Carlson Circle, #263
Canoga Park, CA 91303
Tel: 818-836-1428
Fax: 818-337-2026

Attorney for Plaintiff FAB FILMS, LLC, as trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAB FILMS, LLC, as Trustee<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>CALIFORNIA RECONVEYANCE<br>COMPANY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:14-CV-01687<br><br>**ORDER ON STIPULATION TO REMAND CASE TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR LOS ANGELES COUNTY** |

The Court has considered the parties' Stipulation to Remand Case to Superior Court of the State of California for the County of Los Angeles. Finding good cause therefor,

IT IS ORDERED THAT this action shall be remanded to the Superior Court of the State of California for the County of Los Angeles;

IT IS FURTHER ORDERED THAT FAB FILMS, LLC shall take no fees or costs in relation to the removal and remand.

DATED: April 16, 2014

_____
HONORABLE R. GARY KLAUSNER
United States District Judge